

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Court Judge

**From:** Chelsey E. Padilla
United States Probation Officer

**Subject:** OGISTE, James
Dkt. No. 3:13CR184
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

SEP 9 2013

US District Court
Western District of NC

---

On 06/20/2012, the defendant was sentenced pursuant to a conviction for Theft of Public Property in the Eastern District of Virginia. He was ordered to serve 5 months imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 12/03/2012. The following property was seized from the defendant during his supervision term: 1) handgun magazine; 2) 5 live 9mm rounds; 3) small amount of marijuana and 4) a gun holster. These items were seized from the defendant's residence on 06/09/2013. The defendant's supervision was revoked on 07/30/2013. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7652, should you have any questions.

---

THE COURT ORDERS:

[x] Destroy Seized Property as Requested

[ ] Do Not Destroy Seized Property

[ ] Return Seized Property to the Defendant

9/5/13

Signature of Judicial Officer          Date