IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>vs. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>JAMES F. OGISTE, 　　　　 )<br>　　　　　　　　Defendant, )<br>　　　　　　　　　　　　 )<br>and 　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>HIRE DYNAMICS LLC, 　　　 )<br>　　　　　　　　Garnishee. )  | CASE NO. 3:13CR184<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the Defendant as to the Garnishee, Hire Dynamics LLC, is DISMISSED.

**SO ORDERED**.

Signed: October 21, 2022

_____
David S. Cayer
United States Magistrate Judge